Order issued September 20, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-09-00758-CR

## DONALD GENE BLANTON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 86th District Court
Kaufman County, Texas
Trial Court Cause No. 15189**

## ORDER

The Court **DENIES** appellant's September 14, 2012 pro se motion requesting an extension

of time to file appellant's brief. Appellant is represented by counsel. Appellant is not entitled to

hybrid representation. *See Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. [Panel Op.] 1981).

LANA MYERS
JUSTICE